**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SAVERNA LYNETTE CRUMP,** **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **NANCY BERRYHILL,** [1] **Acting Commissioner of Social Security Administration,** **Defendant.** | **NO.  15-3182** |

## O R D E R

  **AND NOW**, this 6th day of June, 2017, upon consideration of  Plaintiff's Brief and

Statement of Issues in Support of Request for Review (Doc. No. 9, filed Oct. 1, 2015), [2]

Defendant's Response to Request for Review of Plaintiff (Doc. No. 12, filed Dec. 2, 2015),

Plaintiff's Reply to Defendant's Response to Plaintiff's Request for Review (Doc. No. 14, filed

Dec. 9, 2015), and after review of the Report and Recommendation of United States Magistrate

Judge Timothy R. Rice dated January 18, 2017 (Doc. No. 17), Plaintiff's Objections to

Magistrate Judge's Report and Recommendation (Doc. No. 20, filed Feb. 7, 2017), Defendant's

Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc.

No. 22, filed Feb. 21, 2017), and the record in this case, for the reasons stated in the

accompanying Memorandum dated June 6, 2017, **IT IS ORDERED** as follows:

  1.  The Report and Recommendation of United States Magistrate Judge Timothy

     Rice dated January 18, 2017, is **APPROVED** and **ADOPTED**;

---

[1] Nancy Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy Berryhill is substituted for Carolyn W. Colvin as defendant in this suit.
[2] Plaintiff filed a Brief and Statement of Issues in Support of Request for Review but did not file an actual Motion or Request for Review.  Plaintiff's Brief states on the second page that she "filed this civil action seeking judicial review pursuant to 42 U.S.C. § 405(g)."  The Court thus construes the Brief as a Request for Review.

2.    Plaintiff's Objections to Magistrate Judge's Report and Recommendation are

**OVERRULED**;

3.    Plaintiff's Request for Review is **DENIED**; and,

4.    **JUDGMENT IS ENTERED IN FAVOR** of defendant, Nancy Berryhill, Acting

Commissioner of Social Security Administration, and **AGAINST** plaintiff,

Saverna Lynette Crump.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.


**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

_____

**DuBOIS, JAN E., J.**